# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | PARKER, Jacob Chad | Docket No. | 1:16CR02006-EFS-10 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jacob Chad Parker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 23rd day of March 2016, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**Condition #11:** Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer and follow all recommendations.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Using controlled substance, methamphetamine between July 23 and 28, 2016.
**Violation #2**: Using controlled substance, methamphetamine between August 21 and 22, 2016.
**Violation #3:** Failing to follow all chemical dependency treatment recommendations since August 8, 2016.

REQUESTING THE ISSUANCE OF A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 24, 2016

by   s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

8/25/2016

Date